**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | | |
|---|---|---|
| **JOSE L. VARGAS, JR.,** § | | |
| **(ID # 70533-280),** § | | |
| § | | |
| Plaintiff, § | | |
| v. § | **CIVIL ACTION NO.** | |
| § | **1:15-CV-153-P-BL** | |
| **FEDERAL BUREAU OF PRISONS,** § | | |
| § | | |
| Defendant. § | | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Report and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Report and Recommendation of the United States Magistrate Judge, by separate judgment, this civil case is **DISMISSED** without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

**SIGNED this 17th day of February, 2016.**


_____
**JORGE A. SOLIS**
**UNITED STATES DISTRICT JUDGE**